UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIE LEE NOBLES,

           Petitioner,

    v.

CAROL PORTER,

           Respondent.

Case No. C05-5374RJB

ORDER OF RECUSAL

    Petitioner in this action has filed a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4.

    The undersigned Magistrate Judge was the trial judge when this case was in Pierce County Superior Court. It would be improper, therefore, for the case to be continued before her.

    The Court therefore hereby orders as follows:

    (1)    The undersigned Magistrate Judge has voluntarily recused herself from this case.

    (2)    The Clerk is directed to return the case to United States District Court Judge Robert J. Bryan for reassignment.

/ / / / /

/ / / / /

(3) The Clerk is directed to mail a copy of this Order to petitioner.

DATED this 14th day of June, 2005.

*[signature]*
Karen L. Strombom
United States Magistrate Judge