UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIE LEE NOBLES,<br><br>            Petitioner,<br><br>     v.<br><br>RICHARD MORGAN,<br><br>            Respondent. | Case No.  C05-5374RJB<br><br>ORDER GRANTING PETITIONER'S REQUEST TO EXTEND STAY |

This matter is before the court on petitioner's status report dated January 11, 2007. Petitioner's report indicates that the claim(s) pending in the state court are nearing completion, but have not yet been fully exhausted. Accordingly, the matter should be stayed until petitioner, through his current counsel, has notified the court and respondent that a final ruling from the Washington Supreme Court has been issued. However, in no event should this matter remain stayed past June 30, 2007, at which time petitioner should file another status report with the court..

The clerk shall direct copies of this Order to petitioner and to the Washington State Attorney General's office of Criminal Justice.

DATED this 30th day of January, 2007.

                                                      */s/ J. Kelley Arnold*
                                                      J. Kelley Arnold
                                                      United States Magistrate Judge

ORDER
Page - 1