THE HONORABLE ROBERT J. BRYAN
MAGISTRATE JUDGE J. KELLEY ARNOLD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| WILLIE LEE NOBLES,<br><br>    Petitioner,<br><br>v.<br><br>CAROL PORTER,<br><br>    Respondent. | NO. C05-5374RJB<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR HABEAS CORPUS |

The Court, having reviewed the record and Respondent's Motion for Extension of Time to File Response; does hereby find and **ORDER**:

1. Respondent's Motion is **GRANTED**.

2. The Clerk of the Court is instructed to send uncertified copies of this Order to Petitioner and counsel for Respondent.

DATED this 16th day of July, 2007.

                                        */s/ J. Kelley Arnold*
                                      U.S. Magistrate Judge

Presented By:

ROBERT M. MCKENNA
Attorney General

/s/ Donna H. Mullen
DONNA H. MULLEN, WSBA #23542
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that I mailed by United States Postal Service a copy of the foregoing document to the following non CM/ECF participants:

TO:

WILLIE NOBLES, DOC #750640
AIRWAY HEIGHTS CORRECTIONS CENTER
P.O. BOX 2109
AIRWAY HEIGHTS, WA  99001-2109

EXECUTED this 14th day of July, 2007, at Olympia, Washington.

/s/ Dawn R. Walker
DAWN R. WALKER

ORDER GRANTING MOTION
FOR EXTENSION OF TIME TO
FILE ANSWER TO PETITION
FOR HABEAS CORPUS --
No.  C05-5374RJB

2

ERROR! AUTOTEXT ENTRY NOT DEFINED.